■ In the Matter of DOROTHY RIZZO, Respondent, v. NEWTON P. RIZZO, Appellant.— Motion granted postponing argument of appeal to January 1961 Term.

■ CONCETTA REDINO, Appellant, v. NICHOLAS J. REDINO et al., Respondents.— Motion granted and appellant's time for argument of appeal extended to include January 1961 Term.

■ (A) W. S. HAYES, INC., Appellant, v. PUBLIC SERVICE MUTUAL INSURANCE COMPANY, Respondent. (B) FRANK E. HOLLINS, Appellant, v. CITY OF LACKAWANNA et al., Respondents.— [In each action] Motion to add case to November 1960 Term Calendar denied

■ SHAMROCK GAS AND OIL, INC., Respondent, v. STERLING STATIONS, INC., Appellant.— Motion granted insofar as it requests permission for respondent to file typewritten briefs; motion insofar as it requests that case be added to November 1960 Term Calendar denied and case added to January 1961 Term Calendar.

■ In the Matter of PATRICK GALUPPI, Respondent, v. NEW YORK STATE LIQUOR AUTHORITY, Appellant.— Motion of respondent to dismiss appeal denied. Case added to the November 1960 Term Calendar and directed to be placed at foot of Day Calendar for argument on December 6, 1960.

■ ESTHER L. MERCER, Appellant, v. STATE OF NEW YORK, Respondent.— Motion granted to extent that appeal may be prosecuted on one copy of transcript, five typewritten copies of judgment roll and five typewritten copies of brief, and otherwise denied.

■ LLOYD NORTON, Plaintiff, v. CONLEY J. MARSH et al., Defendants.— Motion for a stay granted and execution of judgment stayed pending hearing and determination of appeal upon filing by the plaintiff of a bond in the amount of $500 in accordance with section 593 of the Civil Practice Act and upon the further condition that the plaintiff serve and file records and briefs on appeal on or before December 8, 1960 and the case be argued at the January 1961 Term. Respondent's brief will not be accepted unless filed and served on or before December 23, 1960.

■ ANTHONY LOMBARD et al., Respondents, v. RICHARD C. HASTINGS, Appellant.— Motion granted and stay continued pending hearing and determination of appeal and case added to November 1960 Term Calendar.

■ (A) FRANCIS G. DILLON, Appellant, v. CARRIE BROWNELL, Respondent. (B) JULIA PUTVIN, as Administratrix, Appellant, v. BUFFALO ELECTRIC et al., Respondents. (C) THOMAS BROWNELL, Respondent, v. STEVEN LADNIUK, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before December 8, 1960; respondent's brief must be filed on or before December 23, 1960 if appeal is to be argued at January 1961 Term.

■ (A) EDWARD MILLER, Appellant, v. FORD MOTOR Co., Respondent. (B) BESSIE C. REDMOND, Appellant, v. WLADYSLAW SIKORA, Respondent. (C) ANTHONY ZANE et al., Appellants, v. ANTHONY M. GIACOVELLI, Respondent. (D) CHARLES J. FALLER, Respondent, v. FRANK DESSARRO et al., Defendants, and CITY OF UTICA, Appellant. (E) SHERLEA SCHOEPFEL, Respondent, v. JOSEPH SCHOEPFEL, Appellant. (F) CLYDE A. DICKERSON, Respondent, v. HELMA V. JOHNSON, Appellant.— [In each action] Appeal dismissed unless records and briefs are filed and served on or before December 13, 1960; respondent's brief must be filed on or before December 23, 1960 if appeal is to be argued at January 1961 Term.